KENNEY, Appellant.— Motion for stay granted on condition that the appeal be perfected and brought on for argument at the February term.　Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

WALTER BARKER, Respondent, v. WESTCOTT EXPRESS COMPANY, Appellant.— Judgment unanimously affirmed, with costs.　No opinion.　Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOSEPH BLOCK and Another, Respondents, v. CONRAD HUBERT, Appellant, Impleaded with Another, Defendant.— Order granting plaintiffs' motion for examination before trial affirmed, with ten dollars costs and disbursements.　No opinion.　Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

BERTHA BLOOM, Respondent, v. SAMUEL SNAIDER, Appellant.— Order denying defendant's motion to dismiss complaint as not stating facts sufficient to constitute cause of action affirmed, with ten dollars costs and disbursements.　No opinion.　Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

BENJAMIN BOROWITZ and Another, Respondents, v. PETER SCALISE, Appellant. — Judgment unanimously affirmed, with costs.　No opinion　Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ALVIN G. BRUSH, Appellant, v. GERMAIN BROTHERS COMPANY, Respondent.— Order denying motion for examination before trial affirmed, with ten dollars costs and disbursements.　No opinion.　Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MATTHEW CLARKSON, Respondent, v. WESTCOTT EXPRESS COMPANY, Appellant. — Judgment unanimously affirmed, with costs.　No opinion.　Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FRED C. COCHEU, Individually and on Behalf of Syndicate, Appellant, v. JOHN J. ALLEN, Individually and as Trustee, Respondent.　(Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements.　No opinion.　Kelly, P. J., Rich, Jaycox and Young, JJ., concur.

FRED C. COCHEU, Individually and on Behalf of Syndicate, Appellant, v. JOHN J. ALLEN, Individually and as Trustee, Respondent.　(Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements.　No opinion.　Kelly, P. J., Rich, Jaycox and Young, JJ., concur.

JOHN J. CONSIDINE, as Administrator, etc., of JOSEPH J. CONSIDINE, Deceased, Appellant, v. PHILIP A. HUNT COMPANY, Respondent.— Judgment reversed on the law, and new trial granted, costs to abide the event, because of error in the exclusion of evidence at folio 53 of the record.　Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

CORNELL REAL ESTATE & AUCTION CO., INC., Respondent, v. ROSE LIEBOWITZ, Defendant, Impleaded with SAMUEL LIEBOWITZ, Appellant.— Judgment of the County Court of Richmond county reversed on the law, and new trial granted, costs to abide the event, for error in the admission of the testimony of MacDonald (fols. 289–292 inclusive).　(*Tallman* v. *Kimball*, 74 Hun, 279; *Duckworth* v. *Rogers*, 109 App. Div. 168; *Gregor* v. *McKee*, 18 Misc. 613; 19 id. 721; *Lowenstein* v. *Lombard, Ayres & Co.*, 164 N. Y. 324.)　Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

PHILIP DISPENZIERE, Respondent, v. MORRIS SAHN, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs.　No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.